# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14436

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Andrew R. Proper
   Debtor.
_____
Wells Fargo Bank, N.A.
   Movant,
 vs.

Andrew R. Proper, Debtor, Eric M. Haley, Trustee.

   Respondents.

No. 2:10-bk-15460-CGC

Chapter 7

ORDER

(Related to Docket #18)

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 27, 2007 and recorded in the office of the County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Andrew R. Proper has an interest in, further described as:

> That portion of LOTS 16 and 17, PONDEROSA PARADISE, as shown on the plat thereof, recorded in Case 1, Map 96, records of Coconino County, Arizona, described as follows:
>
> BEGINNING at the Northwest corner of said Lot 16;
>
> Thence North,41° 49' 21" East, along the North line of said Lot 16, a distance of 120.00 feet;
>
> Thence South 38° 50' 11" East, a distance of 105.12 feet to a point on the common lot line between Lots 16 and 17, said point being North 63° 00' 00" East, a distance of 126.00 feet from the Southwest corner of said Lot 16;
>
> Thence South 12° 21' 26" East, a distance of 203.39 feet to the intersection of the South lot line of Lot 17;
>
> Thence South 32° 25' 45" West, a distance of 54.00 feet to the Southwest corner of said Lot 17;
>
> Thence North 34° 08' 24" West, along the Westerly lot lines of said Lots 16 and 17, a distance of 226.00 feet to the Northwest corner of Lot 17 and the Southwest corner of Lot 16;
>
> Thence continuing North 34° 08' 24" West, a distance of 60.00 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.